# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | File No. 19-cr-312(3) (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT** |
| | **AND RECOMMENDATION** |
| Jacqueline Zuniga-Garcia, | |
| Defendant. | |

Magistrate Judge David T. Schultz issued a Report and Recommendation on June 24, 2020.  ECF No. 98.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 98] is **ACCEPTED**;

2. Defendant's Motion to Suppress Search and Seizure Evidence [ECF No. 57] is **DENIED**.

Dated:  July 9, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court